IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. L-01-4198 |
| LLOYD DARLAND | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER VACATING ORDER OF DEFAULT

It appearing from the records in this case that the Clerk of the Court prematurely entered an Order of Default on March 28, 2002, it is hereby

**ORDERED:**

That the Order of Default entered in this case as to defendant Lloyd Darland be, and hereby is, **VACATED.**

Dated at Baltimore, Maryland, this _1ST_ day of _APRIL_, 2002.

_____
Benson Everett Legg
United States District Judge