IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. L- 01-4198 |
| ) | |
| LLOYD DARLAND, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER EXTENDING DISCOVERY DEADLINE

Upon consideration of the United States' Unopposed Motion to Extend Discovery Deadline, it is hereby ORDERED that:

1. The discovery deadline set by Paragraph I of the Scheduling Order dated April 1, 2002, is extended to September 3, 2002;

2. The parties shall file by June 5, 2002, the status report described in Paragraph II of the Scheduling Order dated April 1, 2002.

3. All motions for summary judgment shall be filed on or before October 7, 2002.

Dated at Baltimore, Maryland, this___day of_____, 2002.

_____
BENSON EVERETT LEGG
United States District Judge