IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. L- 01-4198 |
| ) | |
| LLOYD DARLAND, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER EXTENDING DISCOVERY DEADLINE

Upon consideration of the Joint Motion to Extend Discovery Deadline, it is hereby ORDERED that:

1. The discovery deadline set by Paragraph 1 of the Order dated June 9, 2002, is extended to February 4, 2003;

2. The parties shall file by February 4, 2003, the status report described in Paragraph II of the Scheduling Order dated April 1, 2002.

3. All motions for summary judgment shall be filed on or before March 14, 2003.

Dated at Baltimore, Maryland, this 5TH day of November, 2002.

_____
BENSON EVERETT LEGG
United States District Judge