IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintuff, ) | |
| ) | |
| v. ) | Civil No. L-O1-4198 |
| ) | |
| LLOYD DARLAND, et al. ) | |
| ) | |
| Defendant, ) | |

SUPPLEMENTAL DECLARATION OF DAVID SCHOETTTNGER

I, David Schoettinger, pursuant to 28 U.S.C. S 1746, declare as follows:

1. My official title is Technical Support Advisor, Small Business/Self-Employed, Area 4, Internal Revenue Service, Dover, Delaware.

2. My duties include supervision of filing claims for unpaid federal taxes in legal proceedings.

3. The records of Small Business/Self-Employed, Internal Revenue Service, disclose the following information with respect to federal taxes due from Lloyd Darland, SSN

4. That a delegate of the Secretary of the Treasury made assessments of federal income tax, penalties and interest for calendar years 1986, 1987 and 1988 in the amounts of $55,075.54, $42,729.31 and $29,753.52, respectively; and that currently the returns for 1986, 1987 and 1988 are not undergoing examination.

EXHIBIT A

5. The balances due on the assessments referred to in paragraph 4 are computed as follows:

| 1986 | as of 04/1012002 | as of 041/11/2003 |
|---|---|---|
| Tax per examination | $ 22,638.00 | $ 22,638.00 |
| Assessed interest | 17,502.49 | 17,502.49 |
| Late filing penalty | 5,660.00 | 5,660.00 |
| Failure to estimate penalty | 1,095.00 | 1,095.00 |
| Negligence penalty | 8,168.05 | 8,168.05 |
| Lien fees | 12.00 | 12.00 |
| Total assessment | 55,075.54 | 55,075.54 |
| Late payment penalty | 5,571.05 | 5,571.05 |
| Accrued interest | 70,887.87 | 76,424.27 |
| Payments | (27,124.13) | (35,379.30) |
| Balance due | $104,410.33 | $101,691.56 |

| 1987 | | |
|---|---|---|
| Tax per examination | $ 19,662.00 | $ 19,662.00 |
| Assessed interest | 11,485.36 | 11,485.36 |
| Late filing penalty | 4,915.00 | 4,915.00 |
| Failure to estimate penalty | 1,062.00 | 1,062.00 |
| Negligence penalty | $604.95 | 5.604.95 |
| Total assessment | 42,729.31 | 42,729.31 |
| Lien fees | 12.00 | 12.00 |
| Late payment penalty | 4,915.00 | 4,915.00 |
| Accrued interest | 57,880.48 | 63,759.50 |
| Payments | -0- | ($1,179.31) |
| Balance due | $105,536.79 | $110,236.50 |

| 1988 | | |
|---|---|---|
| Tax per examination | $16,713.00 | $16,713.00 |
| Assessed interest | 6,958.52 | 6,958.52 |
| Late filing penalty | 4,178.00 | 4,178.00 |
| Failure to estimate penalty | 1,069.00 | 1,069.00 |
| Negligence penalty | 835.00 | 835.00 |
| Total assessment | 29,753.52 | 29,753.52 |
| Late payment penalty | 4,178.00 | 4,178.00 |
| Accrued interest | 40,03 3.30 | 44,441.42 |
| Balance due | $74,234.82 | $78,372.94 |

6. I declare under penalty of perjury that the foregoing is true and correct. Executed on April 3, 2003.

(S)_____
DAVID SCHOETTINGER, Advisor
Small Business/Self-Employed, Area 4