IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. L-01-4198 |
| ) | |
| LLOYD DARLAND, et al. ) | |
| ) | |
| Defendants. ) | |

UNITED STATES' UNOPPOSED MOTION
TO EXTEND DISCOVERY DEADLINE

Plaintiff United States of America, by its attorneys, hereby moves for a 91-day extension of the discovery deadline to August 4, 2003, on the following basis:

The attorney for the United States and the attorney for defendant Lois Darland are attempting to arrive at an agreed resolution of the amount of Lois Darland's income tax liabilities for the years at issue. We are advised by Lois Darland's attorney that although she has obtained some bank records to use for the preparation of her returns, she has not yet been able to obtain all the records requested from the bank. The additional time is needed to obtain all the bank records requested, to complete the preparation of the returns and for the government to review the returns.

The attorney for defendant Lois Darland has authorized us to advise the Court that defendant Lois Darland concurs with the requested extension of the discovery deadline.

A proposed Order extending the discovery deadline as requested and the other deadlines on the Scheduling Order accordingly is attached.

Respectfully submitted,

_/s/_____
STUART M. FISCHBEIN
Bar No. 10581
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6489

OF COUNSEL:

THOMAS M. DiBIAGIO
United States Attorney
6625 U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201
Telephone: (410) 209-4800

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. L- 01-4198 |
| | ) | |
| LLOYD DARLAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER EXTENDING DISCOVERY DEADLINE

Upon consideration of the United States' Unopposed Motion to Extend Discovery Deadline, it is hereby ORDERED that:

1. The discovery deadline set by Paragraph 1 of the Order dated February 5, 2003, is extended to August 4, 2003;

2. The parties shall file by August 4, 2003, the status report described in Paragraph II of the Scheduling Order dated April 1, 2002.

3. All motions for summary judgment shall be filed on or before September 17, 2003.

Dated at Baltimore, Maryland, this___day of_____, 2003.

_/s/_____
BENSON EVERETT LEGG
United States District Judge

Copies to:

Stuart M. Fischbein
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044

Thomas M. DiBiagio
United States Attorney
6625 U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201
Attn: Geraldine Zinser

Tracey E. Mulligan, Esquire
416 Hungerford Drive, Suite 215
Rockville, Maryland 20850

Lloyd Darland, pro se
2 Virginia Avenue
Bel Air, Maryland 21014

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that copies of the foregoing United States' Unopposed Motion to Extend Discovery Deadline and proposed Order have this fifth day of May, 2003, been placed in the United States mail, postage prepaid, and properly served upon:

>Tracey E. Mulligan, Esquire
>416 Hungerford Drive, Suite 215
>Rockville, Maryland 20850
>Attorney for Lois Darland
>
>Lloyd Darland, pro se
>2 Virginia Avenue
>Bel Air, Maryland 21014

>\_\_\_/s/_____
>STUART M. FISCHBEIN