IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) Civil No. L- 01-4198 |
| LLOYD DARLAND, et al., | ) |
| Defendants. | ) |

## ORDER EXTENDING DISCOVERY DEADLINE

Upon consideration of the United States' Unopposed Motion to Extend Discovery Deadline, it is hereby ORDERED that

1. The discovery deadline set by Paragraph 1 of the Order dated February 5, 2003, is extended to August 4, 2003;

2. The parties shall file by August 4, 2003, the status report described in Paragraph II of the Scheduling Order dated April 1, 2002

3. All motions for summary judgment shall be filed on or before September 17 2003.

Dated at Baltimore, Maryland, this 6th day of May 2003.

/s/
BENSON EVERETT LEGG
United States District Judge