IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LLOYD DARLAND, et al. )<br>)<br>Defendants. ) | Civil No. L-01-4198 |

UNITED STATES' UNOPPOSED MOTION
TO EXTEND DISCOVERY DEADLINE

Plaintiff United States of America, by its attorneys, hereby moves for a 101-day extension of the discovery deadline to November 14, 2003, on the following basis:

The attorney for the United States and the attorney for defendant Lois Darland are attempting to arrive at an agreed resolution of the amount of Lois Darland's income tax liabilities for the years at issue. Lois Darland has now submitted an offer to settle her tax liabilities for the years at issue. The additional time is needed to process the offer within the Department of Justice.

The attorney for defendant Lois Darland has authorized us to advise the Court that defendant Lois Darland concurs with the requested extension of the discovery deadline.

A proposed Order extending the discovery deadline as requested and the other deadlines on the Scheduling Order accordingly is attached.

                                      Respectfully submitted,

                                      /s/  
                                      STUART M. FISCHBEIN  
                                      Bar No. 10581  
                                      Trial Attorney, Tax Division  
                                      U.S. Department of Justice  
                                      P.O. Box 227  
                                      Ben Franklin Station  
                                      Washington, D.C. 20044  
                                      Telephone: (202) 307-6489

OF COUNSEL:

THOMAS M. DiBIAGIO  
United States Attorney  
6625 U.S. Courthouse  
101 West Lombard Street  
Baltimore, MD 21201  
Telephone: (410) 209-4800

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>LLOYD DARLAND, et al., )<br>)<br>    Defendants. ) | Civil No. L- 01-4198 |

ORDER EXTENDING DISCOVERY DEADLINE

Upon consideration of the United States' Unopposed Motion to Extend Discovery Deadline, it is hereby ORDERED that:

1. The discovery deadline set by Paragraph 1 of the Order dated May 4, 2003, is extended to November 14, 2003;

2. The parties shall file by November 14, 2003, the status report described in Paragraph II of the Scheduling Order dated April 1, 2002.

3. All motions for summary judgment shall be filed on or before December 23, 2003.

Dated at Baltimore, Maryland, this___day of_____, 2003.

 /s/_____
BENSON EVERETT LEGG
United States District Judge

Copies to:

Stuart M. Fischbein
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044

Thomas M. DiBiagio
United States Attorney
6625 U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201
Attn: Geraldine Zinser

Tracey E. Mulligan, Esquire
416 Hungerford Drive, Suite 215
Rockville, Maryland 20850

Lloyd Darland, pro se
2 Virginia Avenue
Bel Air, Maryland 21014

<u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that copies of the foregoing United States' Unopposed Motion to Extend Discovery Deadline and proposed Order have this fourth day of August, 2003, been placed in the United States mail, postage prepaid, and properly served upon:

        Tracey E. Mulligan, Esquire
        416 Hungerford Drive, Suite 215
        Rockville, Maryland 20850
        Attorney for Lois Darland

        Lloyd Darland, pro se
        2 Virginia Avenue
        Bel Air, Maryland 21014


        <u>/s/</u>
        STUART M. FISCHBEIN