IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
Plaintiff )
)
v ) Civil No. L- 01-4198
)
LLOYD DARLAND, et al., )
)
Defendants )

## ORDER EXTENDING DISCOVERY DEADLINE

Upon consideration of the United States' Unopposed Motion to Extend Discovery Deadline, it is hereby ORDERED that

1   The discovery deadline set by Paragraph 1 of the Order dated May 4, 2003, is extended to November 14 2003

2   The parties shall file by November 14, 2003, the status report described in Paragraph II of the Scheduling Order dated April 1, 2002

3   All motions for summary judgment shall be filed on or before December 23, 2003

Dated at Baltimore, Maryland, this 7TH day of August, 2003

/s/
_____
BENSON EVERETT LEGG
United States District Judge