```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF MARYLAND
                      NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
          Plaintiff,            )
                                )
     v.                         )    Civil No. L-01-4198
                                )
LLOYD DARLAND, et al.           )
                                )
          Defendants.           )
```

UNITED STATES' UNOPPOSED MOTION
TO EXTEND DISCOVERY DEADLINE

Plaintiff United States of America, by its attorneys, hereby moves for a 90-day extension of the discovery deadline to February 12, 2004, on the following basis:

The attorney for the United States, Stuart Fischbein, and the attorney for defendant Lois Darland, Tracey Mulligan, are attempting to arrive at an agreed resolution of the amount of Lois Darland's income tax liabilities for the years at issue. Accordingly, Lois Darland has submitted an offer to settle her tax liabilities for the years at issue. Mr. Fischbein has requested from Mr. Mulligan additional information concerning the computation of Mrs. Darland's income tax liabilities under the offer. The additional time is needed to obtain the information requested and complete the processing of the offer within the Department of Justice.

Mr. Mulligan has authorized us to advise the Court that defendant Lois Darland concurs with the requested extension of the discovery deadline.

A proposed Order extending the discovery deadline as requested and the other deadlines on the Scheduling Order accordingly is attached.

                Respectfully submitted,

                /s/
                STUART M. FISCHBEIN
                Bar No. 10581
                Trial Attorney, Tax Division
                U.S. Department of Justice
                P.O. Box 227
                Ben Franklin Station
                Washington, D.C. 20044
                Telephone: (202) 307-6489

OF COUNSEL:

THOMAS M. DiBIAGIO
United States Attorney
6625 U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201
Telephone: (410) 209-4800

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that copies of the foregoing United States' Unopposed Motion to Extend Discovery Deadline and proposed Order have this 14th day of November 2004, been placed in the United States mail, postage prepaid, and properly served upon:

>Tracey E. Mulligan, Esquire
>416 Hungerford Drive, Suite 215
>Rockville, Maryland 20850
>Attorney for Lois Darland
>Lloyd Darland, pro se
>2 Virginia Avenue
>Bel Air, Maryland 21014

>__/s/_____
>STUART M. FISCHBEIN