IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. L- 01-4198 |
| | ) | |
| LLOYD DARLAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER EXTENDING DISCOVERY DEADLINE

Upon consideration of the United States' Unopposed Motion to Extend Discovery Deadline, it is hereby ORDERED that:

1. The discovery deadline set by Paragraph 1 of the Order dated August 4, 2003, is extended to February 12, 2004;

2. The parties shall file by February 12, 2004, the status report described in Paragraph II of the Scheduling Order dated April 1, 2002.

3. All motions for summary judgment shall be filed on or before March 12, 2004.

Dated at Baltimore, Maryland, this___day of_____, 2003.

_/s/_____
BENSON EVERETT LEGG
United States District Judge

Copies to:

Stuart M. Fischbein
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044

Thomas M. DiBiagio
United States Attorney
6625 U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201
Attn: Geraldine Zinser

Tracey E. Mulligan, Esquire
416 Hungerford Drive, Suite 215
Rockville, Maryland 20850

Lloyd Darland, pro se
2 Virginia Avenue
Bel Air, Maryland 21014