UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

December 12, 2003

MEMORANDUM TO COUNSEL RE:    United States of America v. Lloyd Darland, et al.
Civil # L-01-4198

Dear Counsel:

The Court is in receipt of the United States' Unopposed Motion to Extend Discovery Deadline (Docket No. 37), in which the government requests a 90-day extension of the discovery and motions deadlines. The government states that the extension is necessary because the government and defendant Lois Darland are attempting to settle the case. The Court hereby GRANTS the government's motion. Accordingly, the revised schedule is as follows:

Discovery Deadline and Submission of Status Report    February 12, 2004

Dispositive Motions Deadline    March 12, 2004

This case was filed in December 2001 and has, therefore, been pending for two years. The Court issued the initial scheduling order in April 2002, and the instant motion is the government's seventh motion requesting an extension of deadlines. Accordingly, the Court will not grant any further extension of the deadlines in this case.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

c:    Court file