```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF MARYLAND
                      NORTHERN DIVISION

UNITED STATES OF AMERICA       )
                               )
          Plaintiff,           )
                               )
     v.                        )    Civil No. L-01-4198
                               )
LLOYD DARLAND, et al.          )
                               )
          Defendants.          )
```

### STATUS REPORT

Plaintiff United States of America, by its attorneys, for its status report states as follows:

Defendant Lois Darland has submitted a settlement offer to resolve her income tax liabilities for 1986, 1987, and 1988, at issue in the above-entitled case. She has also submitted on two occasions additional information necessary to process the offer. The last submission was received on February 11, 2004.

The trial attorney for the United States will submit his recommendation concerning this offer in approximately two weeks. It is estimated that final action will be taken on the

offer by a delegate of the Attorney General in approximately 90 days.

                              Respectfully submitted,

                              /s/Stuart M. Fischbein
                              STUART M. FISCHBEIN
                              Bar No. 10581
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              P.O. Box 227
                              Ben Franklin Station
                              Washington, D.C. 20044
                              Telephone: (202) 307-6489

                              OF COUNSEL:

                              THOMAS M. DiBIAGIO
                              United States Attorney
                              6625 U.S. Courthouse
                              101 West Lombard Street
                              Baltimore, MD 21201
                              Telephone: (410) 209-4800

                              Attorneys for the United States

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that copies of the foregoing Status Report have this 12th day of February, 2004, been placed in the United States mail, postage prepaid, and properly served upon:

>Tracey E. Mulligan, Esquire
>416 Hungerford Drive, Suite 215
>Rockville, Maryland 20850
>Attorney for Lois Darland
>
>Lloyd Darland, pro se
>2 Virginia Avenue
>Bel Air, Maryland 21014

>/s/Stuart M. Fischbein
>STUART M. FISCHBEIN