UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

February 20, 2004

MEMORANDUM TO COUNSEL RE:   United States of America v. Lloyd Darland, et al.
Civil # L-01-4198

Dear Counsel:

The Court is in receipt of the United States' February 12, 2004 Status Report in which the government states that it is considering defendant Lois Darland's settlement offer and anticipates that it will take final action on the offer in approximately 90 days. Accordingly, on or before May 13, 2004, the parties shall FILE a joint status report. The Court SUSPENDS the dispositive motions deadline, pending receipt of the joint status report.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

c:   Court file