IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. L-01-4198 |
| | ) | |
| LLOYD DARLAND, et al. | ) | |
| | ) | |
| Defendants. | ) | |

STATUS REPORT

Plaintiff United States of America, by its attorneys, for its status report states as follows:

The settlement offer submitted by defendant Lois Darland has been accepted on behalf of the Attorney General.  A stipulation for dismissal will be submitted in approximately 60 days after the settlement is consummated

Respectfully submitted,


/s/Stuart M. Fischbein
STUART M. FISCHBEIN
Bar No. 10581
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6489

OF COUNSEL:

THOMAS M. DiBIAGIO
United States Attorney
6625 U.S. Courthouse
101 West Lombard Street

Baltimore, MD 21201
Telephone: (410) 209-4800


**<u>CERTIFICATE OF SERVICE</u>**

IT IS HEREBY CERTIFIED that copies of the foregoing Status Report have this 12th day of May, 2004, been placed in the United States mail, postage prepaid, and properly served upon:

        Tracey E. Mulligan, Esquire
        416 Hungerford Drive, Suite 215
        Rockville, Maryland 20850
        Attorney for Lois Darland

        Lloyd Darland, pro se
        2 Virginia Avenue
        Bel Air, Maryland 21014


        <u>/s/Stuart M. Fischbein</u>
         STUART M. FISCHBEIN

2