UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

May 13, 2004

MEMORANDUM TO COUNSEL RE:   United States of America v.
Lois Darland
Civil #L-01-4198

Dear Counsel:

      The Court is in receipt of Mr. Fischbein's status report. In its previous Order, the Court expressed concern over the delay in resolving this case. Accordingly, on or before May 20, 2004, Mr. Fischbein is directed to submit electronically another status report explaining why the government needs an additional 60 days to consummate the settlement. If nothing is filed, then the Court will issue a Rule 111 Settlement Order.

      Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/S/

Benson Everett Legg

c:   Court file