IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. L-01-4198 |
| | ) | |
| LLOYD DARLAND, et al. | ) | |
| | ) | |
| Defendants. | ) | |

<u>STATUS REPORT</u>

Pursuant to the Court's order dated May 17, 2004, plaintiff United States of America, by its attorneys, for its status report explaining the additional time needed to consummate its settlement with defendant Lois Darland from the date of acceptance of the offer, May 12, 2004, states as follows:

The United States and Lois Darland reached a settlement concerning the amount of Lois Darland's income tax liabilities for the years 1986, 1987, and 1987.  The settlement was based on computing the tax, if any, that was due for each year based upon the agreement of the parties as to allowable business expenses for each year.  The settlement calls for Ms. Darland to pay the tax due, plus the interest and penalties due on that tax, within thirty days of being notified of the amount.  In some instances, the interest and penalty computations themselves take time.  Therefore, we estimated it would take

60 days to complete the settlement to ensure there would be no need for further status reports.

In this case, however, the interest and penalty computations have been completed. And written notification of the offer's acceptance and the total amount due is being sent today to Ms. Darland's counsel. We anticipate the parties' obligations under the settlement being satisfied well before the 60 days estimated in our previous status report. A stipulation for dismissal will be filed as soon as possible.

Dated: May 20, 2004.

Respectfully submitted,

/s/Stuart M. Fischbein
STUART M. FISCHBEIN
Bar No. 10581
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6489

OF COUNSEL:

THOMAS M. DiBIAGIO
United States Attorney
6625 U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201
Telephone: (410) 209-4800

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that copies of the foregoing Status Report have this 20th day of May, 2004, been placed in the United States mail, postage prepaid, and properly served upon:

>Tracey E. Mulligan, Esquire
>416 Hungerford Drive, Suite 215
>Rockville, Maryland 20850
>Attorney for Lois Darland
>
>Lloyd Darland, pro se
>2 Virginia Avenue
>Bel Air, Maryland 21014

>/s/Stuart M. Fischbein
>STUART M. FISCHBEIN