```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                      DISTRICT OF MARYLAND
                        NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
          Plaintiff,            )
                                )
     v.                         )     Civil No. L-01-4198
                                )
LLOYD DARLAND, et al.           )
                                )
          Defendants.           )
```

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the claim against defendant Lois Darland in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorney's fees or other expenses of this litigation.

                              Respectfully submitted,

                              _____/s/_____
                              STUART M. FISCHBEIN
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              P.O. Box 227
                              Ben Franklin Station
                              Washington, D.C. 20044
                              Telephone: (202) 307-6489

                              OF COUNSEL:
                              THOMAS M. DiBIAGIO
                              United States Attorney
                              6625 U.S. Courthouse
                              101 West Lombard Street
                              Baltimore, MD 21201
                              Telephone: (410) 209-4800

                              _____/s/_____
                              Tracy E. Mulligan, Esquire
                              416 Hungerford Drive, Suite 215
                              Rockville, Maryland 20850
                                 Attorney for Lois Darland

(signed copy of this Stipulation for Dismissal is being maintained in the office of Stuart M. Fischbein)